Argued and submitted December 17, 1985, reversed and remanded for new trial January 22, reconsideration denied March 28, petition for review denied July 29, 1986 (301 Or 445)

# STATE OF OREGON,
*Appellant,*

*v.*

# TERRY JOE DAWSON,
*Respondent.*

(C84-07-33033; A36323)

713 P2d 45

Laura Graser, Portland, argued the cause and filed the brief for appellant.

Linda DeVries Grimms, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

The seizure of cocaine from defendant's jacket was proper. Its subsequent warrantless testing was not. *See State v. Westlund,* 75 Or App 43, 705 P2d 208, *rev allowed* 300 Or 332 (1985).

Reversed and remanded for a new trial.